NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DEANDRICK KEYON BACON,⁣ )
)
     Appellant,⁣ )
)
v.⁣ )⁣ Case No. 2D17-504
)
STATE OF FLORIDA,⁣ )
)
     Appellee.⁣ )
_____ )

Opinion filed November 7, 2018.

Appeal from the Circuit Court for Manatee
County; Hunter Carroll, Judge.

J. Andrew Crawford of J. Andrew Crawford,
P.A., Saint Petersburg, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


     Affirmed.


KHOUZAM, SLEET, and LUCAS, JJ., Concur.